**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
NEIL ZLOZOWER,

                         Plaintiff,                **23 Civ. No. 11247 (JMF) (GS)**

        -against-                            **PRE-SETTLEMENT**
                                            **CONFERENCE ORDER**

VALNET INC.,

                         Defendant.
-------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Telephone Conference for **Wednesday, April 17, 2024 at**

**11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference.  The

parties are directed to consult the undersigned's Settlement Conference Procedures, available at

https://nysd.uscourts.gov/hon-gary-stein.  Counsel is directed to join the conference via

Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 964 856**

**165#.**

        **SO ORDERED.**

DATED:     New York, New York
              April 9, 2024

                             _____
                             The Honorable Gary Stein
                             United States Magistrate Judge